```
 1
 2
 3
 4
 5
 6                          UNITED STATES DISTRICT COURT
 7
                                   DISTRICT OF NEVADA
 8
 9
    RICHARD LEE SATERSTAD,              )
10                                      )
             Plaintiff,                 )       2:16-cv-01947-APG-CWH
11                                      )
    vs.                                 )       **ORDER**
12                                      )
    DRUG ENFORCEMENT                    )
13  ADMINISTRATION, et al.              )
                                        )
14           Defendants.                )
                                        )
15
           Pro se Plaintiff Richard Lee Saterstad, who is presently incarcerated, submitted initiating
16
    documents to the Court on August 15, 2016, which include a motion to proceed *in forma pauperis*,
17
    and a complaint against the United States of America, and other defendants. (ECF Nos. 1, 1-1.)
18
           Plaintiff's application to proceed *in forma pauperis* is incomplete. Under 28 U.S.C.
19
    § 1915(a)(2) and Local Rule LSR 1-2, before a court may grant *in forma pauperis* status to an
20
    incarcerated plaintiff, the plaintiff must complete an application to proceed *in forma pauperis* and
21
    also submit a certificate from the institution at which he is incarcerated certifying the amount of
22
    funds currently held in the applicant's trust account, and the net deposits in the applicant's account
23
    for the six months prior to the applicant's submission of the application. Plaintiff has not submitted
24
    a completed application to proceed *in forma pauperis* or a certificate. The Court therefore will deny
25
    Plaintiff's application to proceed *in forma pauperis* without prejudice. Plaintiff must cure the
26
    deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing
```

fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, then Plaintiff must file a complete application including all of the documents referenced in this order.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff a blank application to proceed *in forma pauperis* by a prisoner, along with a copy of this order.

IT IS FURTHER ORDERED that within 30 days of the date of this Order, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated: September 7, 2017

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE

2