# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD LEE SATERSTAD, | Case No. 2:16-cv-01947-APG-CWH |
| Plaintiff, | |
| v. | |
| DRUG ENFORCEMENT ADMINISTRATION, | **ORDER** |
| Defendant. | |

In light of the representations made in pro se Plaintiff Richard Lee Saterstad's motion for leave to proceed *in forma pauperis* (ECF No. 9), filed on October 24, 2017, the Court finds good cause to extend the deadline to file an *in forma pauperis* application. The Court had previously issued a report and recommendation (ECF No. 8), in which it recommended dismissal of this case for Plaintiff's failure to file a complete application to proceed *in forma pauperis.*

IT IS THEREFORE ORDERED that the pending Report and Recommendation (ECF No. 8) is VACATED. The pending motion to proceed *in forma pauperis* will be considered at a later date.

DATED: October 30, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1